IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JANICE V. TRAYNHAM, | ) | Case No. 4:09CV00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending that this case be remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g). This *Report* was filed on September 30, 2009, from which the parties had ten (10) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The decision of the Commissioner in this case is **REVERSED**, the Plaintiff's Motion for Remand is **GRANTED**, and the case is **REMANDED** to the Commissioner for further proceedings. Pursuant to *Shalala v. Schaefer*, 509 U.S. 292 (1993), this Order shall constitute a Final Judgment. The Clerk is hereby directed to dismiss this case from the docket.

The Clerk is directed to send a copy of this *Order* to counsel as well as to Magistrate Judge Crigler.

ENTERED this 19th day of October, 2009.

                                                      s/Jackson L. Kiser
                                                      Senior United States District Judge